QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sam S. Stake (Cal. Bar No. 257916)
samstake@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600

QUINN EMANUEL URQUHART & SULLIVAN, LLP
David LeRay (*pro hac vice* forthcoming)
davidleray@quinnemanuel.com
Scott Hartman (*pro hac vice* forthcoming)
scotthartman@quinnemanuel.com
Steig D. Olson (*pro hac vice* forthcoming)
steigolson@quinnemanuel.com
295 Fifth Avenue, 9th Floor
New York, New York 10016
Telephone:    (212) 849-7000

*Attorneys for Rocket Resume, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKET RESUME INC., <br><br> Plaintiff, <br><br> vs. <br><br> BOLD LIMITED, BOLD LLC, BOLD HOLDINGS LLC, DOUG JACKSON, JAMIE FREUNDLICH and HEATHER WILLIAMS, <br><br> Defendants. | Case 5:26-cv-02852 <br><br> **PLAINTIFF ROCKET RESUME, INC'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT AND CIVIL L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

PLAINTIFF ROCKET RESUME, INC'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT AND CIVIL L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Rocket Resume, Inc. states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock

Further, pursuant to Civil Local Rule 3-15, the undersigned certify that as of this date, other than the named parties, there is no financial or non-financial interest in the subject matter in controversy or in a party to the proceeding to report.

DATED: April 2, 2026                                QUINN EMANUEL URQUHART & SULLIVAN, LLP

BY:      /s/ Sam S. Stake
         Sam S. Stake (Cal. Bar No. 257916)
         samstake@quinnemanuel.com
         QUINN EMANUEL URQUHART &
         SULLIVAN LLP
         50 California Street, 22nd Floor
         San Francisco, California 94111
         Telephone: (415) 875-6600

         David LeRay (*pro hac vice* forthcoming)
         davidleray@quinnemanuel.com
         Scott Hartman (*pro hac vice* forthcoming)
         scotthartman@quinnemanuel.com
         Steig D. Olson (*pro hac vice* forthcoming)
         steigolson@quinnemanuel.com

         295 Fifth Avenue, 9th Floor
         New York, New York 10016
         Telephone: (212) 849-7000

         *Attorneys for Rocket Resume*

PLAINTIFF ROCKET RESUME, INC'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT AND CIVIL L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS