UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Rocket Resume, Inc.              ,

                    Plaintiff(s),

    v.

BOLD Limited et al.              ,

                    Defendant(s).

Case No. 5:26-cv-02852

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, David LeRay           , an active member in good standing of the bar of New York           , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Rocket Resume, Inc.           in the above-entitled action. My local co-counsel in this case is Sam S. Stake           , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 257916           .

295 Fifth Ave, 9th Floor, New York, NY 10016

MY ADDRESS OF RECORD

(212)849-7630

MY TELEPHONE # OF RECORD

davidleray@quinnemanuel.com

MY EMAIL ADDRESS OF RECORD

50 California Street, 22nd Floor,
San Francisco, California 94111

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 875-6600

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

samstake@quinnemanuel.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5189634           .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court three       times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 2, 2026 _____    David LeRay _____
                                  APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  David LeRay _____  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____ April 3, 2026 _____

_Virginia K DeMarchi_____
UNITED STATES MAGISTRATE JUDGE
 Virginia K. DeMarchi

United States District Court
Northern District of California