**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BOLD LIMITED, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ROCKET RESUME, INC., et al.,<br><br>        Defendants. | Case No.  22-cv-01045-BLF<br><br>**ORDER TERMINATING AS MOOT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>[Re: ECF No. 311] |

Rocket Resume, Inc. has filed an administrative motion to consider whether the above-captioned case should be related to *Rocket Resume, Inc. v. BOLD Limited et al.*, Case No. 26-cv-02852.  ECF No. 311.  Case No. 26-cv-02852 has been assigned to the undersigned, so Rocket Resume, Inc.'s motion to consider whether cases should be related is TERMINATED AS MOOT.

**IT IS SO ORDERED.**

Dated:  April 20, 2026

_____
BETH LABSON FREEMAN
United States District Judge