QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sam S. Stake (Cal. Bar No. 257916)
samstake@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600

QUINN EMANUEL URQUHART & SULLIVAN, LLP
David LeRay (*pro hac vice*)
davidleray@quinnemanuel.com
Scott Hartman (*pro hac vice*)
scotthartman@quinnemanuel.com
Steig D. Olson (*pro hac vice*)
steigolson@quinnemanuel.com
295 Fifth Avenue, 9th Floor
New York, New York 10016
Telephone:     (212) 849-7000

*Attorneys for Rocket Resume, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKET RESUME, INC., | Case 5:26-cv-02852-BLF |
| Plaintiff, | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON BOLD LIMITED** |
| vs. | |
| BOLD LIMITED, BOLD LLC, BOLD HOLDINGS LLC, DOUG JACKSON, JAMIE FREUNDLICH and HEATHER WILLIAMS, | |
| Defendants. | |

-1-                                                          5:26-cv-02852-BLF
**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON BOLD LIMITED**

| Attorney or Party without Attorney: SAM S STAKE ESQ, Bar #257916 QUINN EMANUEL URQUHART & SULLIVAN 50 CALIFORNIA STREET, 22ND FLOOR SAN FRANCISCO, CA 94111 Telephone No: 415-875-6600    FAX No: 415-875-6700 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.: ROCKET / BOLD LIMITED | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court For The Northern District Of California | | | | |
| Plaintiff: ROCKET RESUME, INC. | | | | |
| Defendant: BOLD LIMITED, BOLD LLC, BOLD HOLDINGS LLC, ET AL | | | | |

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number: 5:26-CV-2852-VKD |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons Complaint; Standing Order For Civil Cases Magistrate Judge Virginia K Demarchi; Civil Cover Sheet; Plaintiff Rocket Resumes, Inc's Fed R. Civ. P. 7.1 Disclosure Statement And Civil L.R. 3-15 Certification Of Interested Entities Or Persons; Unissued Summons; Notice Of Electronic Filing; Application For Admission Of Attorney Pro Hac Vice - Olson; Certification - Olson; Application For Admission Of Attorney Pro Hac Vice -Leray; Certification - Leray; Application For Admission Of Attorney Pro Hac Vice - Hartman; Certification - Hartman; Order Setting Intitial Case Management Conference And Adr Deadlines

3. a. Party served:
   b. Person served:

   BOLD LIMITED
   WENDY ALBOUY, OFFICE MANAGER, AUTHORIZED TO ACCEPT SERVICE

4. Address where the party was served:

   H.P. HOUSE, 21 LAFFAN ST
   HAMILTON, BERMUDA,   HM09

5. I served the party:

   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Apr. 13, 2026 (2) at: 3:15PM

7. Person Who Served Papers:
   a. MS EVERNELL  DAVIS
   b. A & A LEGAL SERVICE, Inc.
   880 MITTEN ROAD, SUITE 102
   BURLINGAME, CA  94010
   c. (650) 697-9431, FAX (650) 697-4640

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d.  The Fee for Service was:
   e.  I am:
       (i)   Independent Contractor

8. I declare under penalty of perjury

   Date: Tue, Apr. 14, 2026

Rule 2.150.(a)&(b) Rev January 1, 2007
Judicial Council Form    PROOF OF SERVICE
SUMMONS    _Evernell Davis_
(MS EVERNELL DAVIS)

sasta.150073