QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sam S. Stake (Cal. Bar No. 257916)
samstake@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600

QUINN EMANUEL URQUHART & SULLIVAN, LLP
David LeRay (*pro hac vice*)
davidleray@quinnemanuel.com
Scott Hartman (*pro hac vice*)
scotthartman@quinnemanuel.com
Steig D. Olson (*pro hac vice*)
steigolson@quinnemanuel.com
295 Fifth Avenue, 9th Floor
New York, New York 10016
Telephone:    (212) 849-7000

*Attorneys for Rocket Resume, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKET RESUME, INC., | Case 5:26-cv-02852-BLF |
| Plaintiff, | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON BOLD HOLDINGS LLC, BOLD LLC, AND DOUG JACKSON** |
| vs. | |
| BOLD LIMITED, BOLD LLC, BOLD HOLDINGS LLC, DOUG JACKSON, JAMIE FREUNDLICH and HEATHER WILLIAMS, | |
| Defendants. | |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:26-cv-02852-VKD

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    BOLD HOLDINGS LLC

was received by me on *(date)*    APRIL 9, 2026

☐ I personally served the summons on the individual at *(place)*

on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    STEPHANIE CALDERON, ADMINISTRATOR   , who is

designated by law to accept service of process on behalf of *(name of organization)*    BOLD LLC

CITY VIEW PLAZA, II, 48 CALLE 165, SUITE 6000    on *(date)*  04/20/26           ; or
GUAYNABO, PR 00968

☐ I returned the summons unexecuted because                                ; or

☐ Other *(specify):*

My fees are $           for travel and $           for services, for a total of $      0.00

I declare under penalty of perjury that this information is true.

Date:    04/20/2026

                                                    *Server's signature*

                                        SILVIA M ARIAS
                                        *Printed name and title*
                                POINDEXTER GLOBAL INTELLIGENCE
                    Puerto Rico, 404 ave. de la Constitución, #708, San
                    Juan, PR 00901
                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:26-cv-02852-VKD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   **BOLD LLC**

was received by me on *(date)*   APRIL 9, 2026

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   STEPHANIE CALDERON, ADMINISTRATOR , who is

designated by law to accept service of process on behalf of *(name of organization)*   BOLD LLC

CITY VIEW PLAZA, II, 48 CALLE 165, SUITE 6000   on *(date)*  04/20/26      ; or
GUAYNABO, PR 00968
☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:   04/20/2024

_____
Server's signature

SILVIA M ARIAS
*Printed name and title*
POINDEXTER GLOBAL INTELLIGENCE

Puerto Rico, 404 ave. de la Constitución, #708, San
Juan, PR 00901
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:26-cv-02852-VKD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   DOUG JACKSON
was received by me on *(date)*   APRIL 9, 2026

☒ I personally served the summons on the individual at *(place)*   GA24 AVE RAMIREZ DE ARELLANO
GUAYNABO, PR 00966                         on *(date)*   04/20/26         ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:   04/20/2026

*Server's signature*

SYLVIA M ARIAS

*Printed name and title*

POINDEXTER GLOBAL INTELLIGENCE
Puerto Rico, 404 ave. de la Constitución, #708, San
Juan, PR 00901
*Server's address*

Additional information regarding attempted service, etc: