QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sam S. Stake (Cal. Bar No. 257916)
samstake@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:      (415) 875-6600

QUINN EMANUEL URQUHART & SULLIVAN, LLP
David LeRay (*pro hac vice*)
davidleray@quinnemanuel.com
Scott Hartman (*pro hac vice*)
scotthartman@quinnemanuel.com
Steig D. Olson (*pro hac vice*)
steigolson@quinnemanuel.com
295 Fifth Avenue, 9th Floor
New York, New York 10016
Telephone:      (212) 849-7000

*Attorneys for Plaintiff Rocket Resume, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rocket Resume, Inc.,<br><br>          Plaintiff,<br><br>     vs.<br><br>BOLD LIMITED, BOLD LLC, BOLD HOLDINGS LLC, DOUG JACKSON, JAMIE FREUNDLICH and HEATHER WILLIAMS<br><br>          Defendants. | Case No. 5:26-cv-02852-BLF<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>The Hon. Beth Labson Freeman |

Pending before the Court is Plaintiff Rocket Resume, Inc.'s statement in support of Defendants' administrative motion to consider sealing portions of Defendants' Motion to Dismiss Complaint and Memorandum of Points and Authorities in Support Thereof.

Having considered the moving papers, arguments of counsel, the pleadings and filings in this action, and all other matters presented to the Court, proof being made to the satisfaction of the Court, the Court rules that the following document shall be sealed accordingly:

| ECF or Ex. No. | Document | Portion(s) to Seal | Ruling |
|---|---|---|---|
| Ex. 1 – Dkt. No. 37-1 | Defendants' Notice of Motion and Motion to Dismiss Complaint and Memorandum of Points and Authorities in Support Thereof | Yellow highlighted portions at pages:<br>• 1:26;<br>• 6:6–6:9;<br>• 16:24; and<br>• 16:27–17:5. | |
| Ex. 2 – Dkt. No. 37-2 | Declaration of Evan R. Kreiner, Ex. A – Confidential Binding Settlement Term Sheet | Yellow highlighted portions at pages 1 and 2. | |
| Ex. 3 – Dkt. No. 37-3 | Declaration of Evan R. Kreiner, Ex. B – March 25, 2026 letter from Germán Corcino, Senior Counsel II, IP and Litigation, BOLD to Steve Zimmerman, CEO, Rocket Resume, Inc. | Yellow highlighted portion at page 1. | |

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Beth Labson Freeman
United States District Court Judge